# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAN SUN PARK,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 83934

**FILED**

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial "motion for reduction of bail then dismissal of indictment." Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]Given this order, no action will be taken on the pro se documents filed on December 29, 2021.

22-01940

cc: Hon. Tierra Danielle Jones, District Judge
Chan Sun Park
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk